UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, | No. 2:15-cv-0086 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, | |
| Defendant. | |

By an order filed March 23, 2015, plaintiff was ordered to pay the filing fee for this action within fourteen days and was cautioned that failure to do so would result in dismissal of this action. That period has now expired, and plaintiff has not paid the filing fee. Plaintiff has consented to the jurisdiction of a Magistrate Judge to conduct all proceedings in this action. (ECF No. 12.) Accordingly, the court will dismiss this action.

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: April 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / barg0086.fifp